# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

NOV 07 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# WAIVER OF INDICTMENT

**UNITED STATES OF AMERICA**

v.

**CURTIS CLARK GREEN**         **CRIMINAL NUMBER: CCB-13-0592**

I, **CURTIS CLARK GREEN**, the above named defendant, who is accused of conspiracy to distribute and possess with the intent to distribute a controlled substance, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on this __7th__ day of November 2013, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Curtis Clark Green
Defendant

_____
Scott E. Williams
Counsel for Defendant

Before _____  11/7/13
Hon. Catherine C. Blake
U.S. District Court Judge