**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Sandra Wilkinson*  *Suite 400*  *DIRECT: 410-209-4921*
*Chief, Major Crimes*  *36 S. Charles Street*  *MAIN: 410-209-4800*
*Sandra.Wilkinson@usdoj.gov*  *Baltimore, MD 21201-3119*  *FAX: 410-962-0716*

June 22, 2015

The Honorable Catherine C. Blake
U.S. District Court Judge
101 W. Lombard Street
Baltimore, Maryland 21210

    Re:    U.S. v. Curtis Greene, CCB 13-0592

Dear Judge Blake,

    The government respectfully requests that the sentencing of the defendant be continued and that a new status report deadline be set for September 2015. Should the Court require additional information, the parties are available by conference call.

    Very truly yours,

    Rod J. Rosenstein
    United States Attorney

By:    ___/s/_____
    Sandra Wilkinson
    Assistant United States Attorney

cc:    Scott E. Williams, Esq.
        Counsel for Defendant